UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.S. individually and on behalf of his child M.S. a minor,

                                    Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                    Defendant.

20 Civ. 2105 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the initial pretrial conference scheduled for May 10, 2021 at 3 p.m. is rescheduled for May 13, 2021 at 3 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                                               *Paul A. Engelmayer*
                                                                        _____
                                                                        PAUL A. ENGELMAYER
                                                                        United States District Judge

Dated: May 3, 2021
       New York, New York