UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.S. individually and on behalf of his child M.S. a minor,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>　　　　　　-v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　　　　Defendant. | 20 Civ. 2105 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

At today's conference, the parties agreed that there is no need to conduct additional discovery. Accordingly, if the case has not by then settled, plaintiffs' anticipated motion for summary judgment will be due June 24, 2021. Defendant's opposition will be due July 8, 2021. Plaintiffs' reply will be due July 15, 2021.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　	　　　　　　　　　　　　　　　United States District Judge

Dated: May 13, 2021
　　　　New York, New York